No. 62445.—F. L. Kraemer & Co. v. United States, protest 320357–K (New York).

Opinion by Mollison, J. In accordance with stipulation of counsel that the merchandise identified as "Impala" leather on the invoice consists of upper leather made from calf or kip skins, the claim of the plaintiff was sustained.